PEOPLE, PLAINTIFF AND APPELLEE, v. RIVERA, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Humacao in a Prosecution for a Violation of the Excise Tax Law.

No. 1587.—Decided January 31, 1921.

Decided on the grounds of the opnion delivered in the case of *People* v. *Miranda, ante,* page 65.

*Affirmed.*

Chief Justice Hernández and Justice Wolf, Del Toro, Aldrey and Hutchison concurred.